| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**William G. Cort**<br>**9040 Telegraph Rd., Suite 206**<br>**Downey, CA 90240**<br>**(562)923-6761 Fax: (562)869-1200**<br>**SBN: 50326 CA**<br>**williamgcortdocuments@gmail.com**<br><br>☑ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Maribel Gonzalez**<br><br><br><br>Debtor(s). | CASE NO.: **2:20-bk-11851-SK**<br>CHAPTER: **13**<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **March 5, 2020**    **Maribel Gonzalez**    _/s/ Maribel Gonzalez_
                          Printed name of Debtor 1    Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                          Page 1                          F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                                Printed name of Debtor 2      Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015　　　　　　　　　　　　　　　Page 2　　　　　　　　　　　　F 1002-1.EMP.INCOME.DEC

| date January 1, 2020 | No. 190630 |
|---|---|
| received from Valentin Gomez | $ 400.00 |
| four hundred Dollars | dollars |
| for payment of Rent 3920 E 54th St. Maywood | |

- ☑ cash
- ○ money order
- ○ credit card
- ○ check #_____

| amount paid | | from 1-1-2020 to 2-1-2020 |
|---|---|---|

signature _John Vixen_

DC250IWS

**Receipt No. 190629**
- date: January 1, 2020
- received from: Armando Jimenez
- $800.00
- eight hundred dollars
- for payment of: Rent 3820 E 54th St, Maywood
- cash (checked)
- from 1-1-2020 to 2-1-2020
- signature: [signed]

**Receipt No. 190631**
- date: February 1, 2020
- received from: Armando Jimenez
- $800.00
- eight hundred dollars
- for payment of: Rent 3820 E 54th St
- cash (checked)
- from 2-1-2020 to 3-1-2020
- signature: [signed]

**Receipt No. 190632**
- date: February 1, 2020
- received from: Valentin [illegible]
- $800.00
- eight hundred dollars
- for payment of: Rent 3820 E 54th St, Maywood
- cash (checked)
- from 2-1-2020 to 3-1-2020
- signature: [signed]

**CITIZENS BUSINESS BANK**
A Financial Services Company

P.O. Box 3938
Ontario, CA 91761

STATEMENT PERIOD:   Jan 16, 2020 - Feb 14, 2020
PRIMARY ACCOUNT:    63
PAGE:               1 of 2

>001370 4118135 0001 092368 10Z

**CONTACT US**

| | |
|---|---|
| PHONE: | 888-222-5432 |
| EMAIL: | customersupport@cbbank.com |
| WEBSITE: | www.cbbank.com |

JOHN VISSER
3920 54TH STREET
MAYWOOD CA 90270

## "55" CHECKING   1166863

### ACCOUNT SUMMARY

| | | Activity | Amount |
|---|---|---|---|
| Last Statement Balance | 01-15-20 | | -$17.21 |
| Deposits & Other Credits | | 1 | 2,037.00 |
| Checks & Other Debits | | 5 | 2,014.00 |
| Ending Statement Balance | 02-14-20 | | $5.79 |
| | Minimum Balance | | -47.21 |
| | Average Available Balance | | 16.63 |
| | Average Balance | | 16.63 |

### ELECTRONIC CREDITS

| Date | Description | Amount |
|---|---|---|
| 01-22 | SSA TREAS 310 XXSOC SEC XXXXX1645A SSA  | 2,037.00 |
| | TOTAL | $2,037.00 |

### MISCELLANEOUS DEBITS

| Date | Description | Amount |
|---|---|---|
| 01-16 | OVERDRAFT CHARGE | 15.00 |
| 01-17 | OVERDRAFT CHARGE | 15.00 |
| 01-21 | OVERDRAFT CHARGE | 15.00 |
| 01-22 | CHECK WITHDRAWAL | 1,954.00 |
| 02-14 | SERVICE CHARGE | 15.00 |
| | TOTAL | $2,014.00 |

### ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD (SEE ABOVE)

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR MONTHLY SERVICE: | 10.00 |
| TOTAL CHARGE FOR STMT WITH CK IMAGES: | 5.00 |
| TOTAL | $15.00 |

